Gregory S. Gewirtz (applying *for pro hac vice* admission)
Jonathan A. David (applying *for pro hac vice* admission)
Orville R. Cockings
Alexander Solo
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Iron Gate Security, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IRON GATE SECURITY, INC., | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No. 14-9615-JPO |
| v. | : | |
| | : | District Judge Paul J. Oetken |
| D-LINK CORPORATION and | : | |
| D-LINK SYSTEMS, INC., | : | |
| Defendants. | :x | |

## RULE 7.1 DISCLOSURE STATEMENT OF IRON GATE SECURITY, INC.

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Iron Gate Security, Inc., through its attorneys, declares that it is a wholly owned subsidiary of Innovate/Protect, Inc., a Delaware corporation, which is a wholly owned subsidiary of Vringo, Inc.  Vringo, Inc. is a Delaware corporation, whose common stock trades on the NASDAQ Exchange under the symbol VRNG. Iron Gate Security, Inc. has no other corporate parents, subsidiaries, affiliates, securities, or interests that are publicly held or traded.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Iron Gate Security, Inc.*

Dated:   December 8, 2014          By:   /s/  Orville R. Cockings
                                                    Orville R. Cockings (Bar Code #OC02956)
                                                    Tel:   908.654.5000
                                                    E-mail:OCockings@ldlkm.com
                                                              Litigation@ldlkm.com