Gregory S. Gewirtz (*admitted pro hac vice*)
Jonathan A. David (*admitted pro hac vice*)
Orville R. Cockings
Alexander Solo
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Iron Gate Security, Inc.*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 2 2015

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

IRON GATE SECURITY, INC.,     :     **ECF CASE**

             Plaintiff,     :     Civil Action No. 14-cv-9615 (JPO)

    v.

D-LINK CORPORATION and
D-LINK SYSTEMS, INC.,
             Defendants.     :x

## NOTICE OF DISMISSAL OF D-LINK CORPORATION
## WITHOUT PREJUDICE UNDER RULE 41

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Iron Gate Security,

Inc., hereby dismisses Defendant D-Link Corporation without prejudice.

This dismissal under Rule 41(a)(1)(A)(i) is appropriate as Defendant D-Link Corporation

has not yet served an answer to Plaintiff's Complaint and has not filed a motion for summary

judgment.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Iron Gate Security, Inc.*

By:    /s/ Gregory S. Gewirtz
         Gregory S. Gewirtz
         Tel:    908.518.6343
         E-mail:GGewirtz@ldlkm.com
                 Litigation@ldlkm.com

**SO ORDERED:**

_____
       **U.S.D.J.**                    1/9/15

2

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of January, 2015, with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

/s/Gregory S. Gewirtz
Gregory S. Gewirtz