Gregory S. Gewirtz (*admitted pro hac vice*)
Jonathan A. David (*admitted pro hac vice*)
Orville R. Cockings
Alexander Solo
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Iron Gate Security, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```
**FEB 0 6 2015**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IRON GATE SECURITY, INC., | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No. 14-cv-9615 (JPO) |
| v. | : | |
| | : | |
| D-LINK SYSTEMS, INC., | : | |
| Defendant. | : | |
| | : | |
| | x | |

**STIPULATION FOR SECOND EXTENSION FOR
D-LINK SYSTEMS, INC. TO ANSWER COMPLAINT**

Plaintiff, Iron Gate Security, Inc., respectfully moves this Court to extend the time by which Defendant, D-Link Systems, Inc. ("D-Link Systems") must answer, move, or otherwise respond to Plaintiff's Complaint to February 24, 2015. As a result of a prior extension request (Dkt.9) that was neither granted nor denied, we understand that D-Link Systems' response to the Complaint is due February 9, 2015. D-Link Systems has requested, and Plaintiff has agreed, to extend this deadline by an additional fifteen (15) days so that D-Link Systems' response date shall be due by February 24, 2015. This is the second request for an extension.

3935875_1.docx

Dated: February 5, 2015					Respectfully submitted,

											LERNER, DAVID, LITTENBERG,
											 KRUMHOLZ & MENTLIK, LLP
											*Attorneys for Plaintiff Iron Gate Security, Inc.*

											By: _____
											Gregory S. Gewirtz
											Tel:	908.518.6343
											E-mail: GGewirtz@ldlkm.com
											         Litigation@ldlkm.com


SO ORDERED

Dated: __Feb. 6, 2015__				_____
New York, New York					J. Paul Oetken
											United States District Judge