Gregory S. Gewirtz (*admitted pro hac vice*)
Jonathan A. David (*admitted pro hac vice*)
Orville R. Cockings
Alexander Solo
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel:   908.654.5000
Fax:   908.654.7866
*Attorneys for Plaintiff Iron Gate Security, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

MAR 17 2015

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IRON GATE SECURITY, INC., | : | **ECF CASE** |
| | : | |
| Plaintiff, | : | Civil Action No. 14-cv-9615 (JPO) |
| v. | : | |
| | : | |
| D-LINK SYSTEMS, INC., | : | |
| Defendant. | : | |
| | : | |
| | x | |

### STIPULATION FOR FOURTH EXTENSION FOR
### D-LINK SYSTEMS, INC. TO ANSWER COMPLAINT

Plaintiff, Iron Gate Security, Inc., respectfully moves this Court to extend the time by which Defendant, D-Link Systems, Inc. ("D-Link Systems") must answer, move, or otherwise respond to Plaintiff's Complaint to March 16, 2015. As a result of a prior extension request (Dkt.13) that was granted, D-Link Systems' response to the Complaint is due March 16, 2015. The parties have reached a settlement in principle and are working to finalize the settlement agreement. D-Link Systems has requested, and Plaintiff has agreed, to extend this deadline by an additional twenty one (21) days so that D-Link Systems' response date shall be due by April 6, 2015. This is the fourth request for an extension.

3981340_1.docx

Dated: March 12, 2015

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Plaintiff Iron Gate Security, Inc.*

By: /s/ Alex Solo
Alexander Solo
Tel:   908.518.6388
E-mail: ASolo@ldlkm.com
       Litigation@ldlkm.com

SO ORDERED

Dated: March 16, 2015
New York, New York

/s/ J. Paul Oetken
J. Paul Oetken
United States District Judge